UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | No.  3:10-CR-89(01) RM |
| | ) | |
| ESTEVAN PORTIO-ALVARADO | ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on June 29, 2011 [Doc. No. 18]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Estevan Portio-Alvarado's plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 8 U.S.C. § 1326(a) and (b)(2).

SO ORDERED.

ENTERED:   July 19, 2011

_/s/ Robert L. Miller, Jr._____
Judge
United States District Court